## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Trina Graham aka Trina Graham-Bates     |     CHAPTER 13
<u>Debtor</u>

BKY. NO. 16-18428 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, and index same on the master mailing list.

Respectfully submitted,

**<u>/s/Denise Carlon, Esquire</u>**
Denise Carlon, Esquire
Thomas Puleo, Esquire
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734