# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                           Chapter 13

                                           Bankruptcy No. 16-18428-ELF

TRINA GRAHAM

4716 Hartel Avenue

Philadelphia, PA 19136

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
      TRINA GRAHAM

      4716 Hartel Avenue

      Philadelphia, PA 19136

**Counsel for debtor(s), by electronic notice only.**
      GEORGETTE MILLER
      335 EVESHAM AV

      LAWNSIDE, NJ 08045-

**Counsel for the United States Trustee, by electronic notice only.**
      Office of the U.S. Trustee
      Eastern District of Pennsylvania
      833 Chestnut Street, Suite 500
      Philadelphia, PA  19107

                                  /s/ William C. Miller

Date: 2/8/2017

                                _____
                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee