# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 16-18428-ELF

TRINA GRAHAM

4716 Hartel Avenue

Philadelphia, PA 19136

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    TRINA GRAHAM

    4716 Hartel Avenue

    Philadelphia, PA 19136

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER
    335 EVESHAM AV

    LAWNSIDE, NJ 08045-

Date: 6/15/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee