United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-18428-elf
Trina Graham                                                           Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP           Page 1 of 1            Date Rcvd: Jul 12, 2017
                          Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2017.
db             +Trina Graham,    4716 Hartel Avenue,    Philadelphia, PA 19136-3307
13832789       +Chase Mortgage,    3415 Vision Dr,   Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
      DENISE ELIZABETH CARLON    on behalf of Creditor    JPMorgan Chase Bank, National Association
       bkgroup@kmllawgroup.com
      GEORGETTE  MILLER    on behalf of Debtor Trina  Graham info@georgettemillerlaw.com,
       georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;r50524@notify.bestcase.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                          TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Trina Graham | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 16-18428 |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Chase Mortgage;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $1500.00 has been filed in your name by Georgette Miller, Esq. on behalf of Trina Graham on July 11, 2017.

Dated: July 12, 2017

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Paul A. Puskar
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Trina Graham** |
| Debtor 2 (Spouse if, filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **16-18428** |

Official Form 410
# Proof of Claim     4/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Chase Mortgage
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
☐ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Chase Mortgage
3415 Vision Dr
Columbus, OH 43219
Name, Number, Street, City, State & Zip Code

Contact phone
Contact email

Where should payments to the creditor be sent? (if different)

Name, Number, Street, City, State & Zip Code

Contact phone
Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**
☐ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☐ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                              **Proof of Claim**                              page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 9385

**7. How much is the claim?**    $ 1,500

Amount includes total amount owed pre-petition, including any arrears, escrow shortages, interest and fees. Lender is precluded from seeking any other pre-petition amounts as lender failed to file a proof of claim.

**Does this amount include interest or other charges?**
☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

**9. Is all or part of the claim secured?**
☐ No
☑ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☑ Real Estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe:

**Basis for perfection:**

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $
Amount of claim that is secured:    $    1,500
Amount of claim that is unsecured:    $    (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $

Annual Interest Rate (when case was filed)    _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☐ No
☐ Yes. Amount necessary to cure any default as of the date of the petition:    $

**11. Is this claim subject to a right of setoff?**
☐ No
☐ Yes. Identify the property:

Official Form 410    **Proof of Claim**    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | | |
|---|---|---|
| | ☐ No | |
| | ☐ Yes. Check all that apply: | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   06/12/2017
                   MM/ DD / YYYY

Signature

**Print the name of the person who is completing and signing this claim:**

| Name | **Georgette Miller, Esq** |
|---|---|
| Title | Attorney for Debtor |
| Company | **Law Offices of Georgette Miller and Associates, P.C.** |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | **335 Evesham Avenue** |
| | **Lawnside, NJ 08045** |
| | Number, Street, City, State and Zip Code |
| Contact phone | **856-323-1100**   Email   **info@georgettemillerlaw.com** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Trina Graham                                    :  CHAPTER 13

                                                        :  CASE NO. 16-18428

Debtor.                                                 :

## CERTIFICATION OF SERVICE

Michelle Lee, being duly sworn according to law, deposes and says that she filed Debtor's Proof of Claim number 10, upon the following individuals listed below, by electronic means and first class mail.

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite # 1813
Philadelphia, PA 19107

Mike Weinbach, CEO
Chase Mortgage Banking
Chase Bank
270 Park Ave
New York, NY 10017

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Trina Graham
4716 Hartel Avenue
Philadelphia, PA 19136

And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

                                            Respectfully Submitted,

Date: 6/12/2017                             /s/ Michelle Lee
                                            Michelle Lee, Esq.
                                            Law Offices of Georgette Miller, Esq., P.C.
                                            119 S. Easton Rd.
                                            Glenside, PA 19038

{00277225;v1}