### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: TRINA GRAHAM : CHAPTER 13
:
:
DEBTOR(S) : CASE NO.: 16-18428

### CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on October 23, 2017, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated: November 17, 2018

/s/ Georgette Miller
Georgette Miller

Law Offices of Georgette Miller Esq., P.C
335 Evesham Avenue
Lawnside, NJ 08045
856-323-1100
Bar I.D. 86358
Attorney for Debtor

{00294528;v1}