**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  TRINA GRAHAM                                           CHAPTER 13

DEBTOR(S)                                         BANKRUPTCY NO: 16-18428

**ORDER TO ALLOW COUNSEL FEES**

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3925.00 and reimbursement of expenses is allowed in the amount of $475.00.

3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expenses set forth in paragraph 2 less $200.00 which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

_____
Bankruptcy Judge

Dated:   November 29, 2017

cc:      William C. Miller
         Chapter 13 Trustee
         1234 Market Street, Suite 1813
         Philadelphia, PA 19107

         US Trustee's Office
         833 Chestnut Street, Suite 500
         Philadelphia, PA 19107

         Trina Graham
         4716 Hartel Ave.
         Philadelphia, PA 19136