Certificate Number: 05781-PAE-DE-035637993

Bankruptcy Case Number: 16-18428



05781-PAE-DE-035637993

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 4, 2021, at 1:08 o'clock PM PDT, Trina Graham completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 4, 2021

By:   /s/Allison M Geving

Name: Allison M Geving

Title: President