**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                          **Chapter 13**
TRINA GRAHAM


                 **Debtor(s)**                  **Case No.** 16-18428-ELF


## NOTICE OF COMPLETION OF PLAN PAYMENTS

William C. Miller, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy

Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee

payments under the confirmed Chapter 13 plan.



**Office of the Chapter 13 Trustee**


Date: 9/8/2021              By:    */s/ William C. Miller*
                                         William C. Miller, Esquire, Chapter 13 Trustee
                                         1234 Market St., Suite 1813
                                         Philadelphia, PA 19107
                                         (215) 627-1377 (Phone)
                                         (610) 627-6299 (Fax)