United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Trina Graham  
    Debtor

Case No. 16-18428-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 21, 2021      Form ID: 138OBJ      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trina Graham, 4716 Hartel Avenue, Philadelphia, PA 19136-3307 |
| 13832792 | + | Debt Recovery Solution, Attention: Bankruptcy, 6800 Jericho Turnpike Ste 113e, Syosset, NY 11791-4401 |
| 13832793 | + | Dept Of Ed/Navient, Attn: Claims Dept, Po Box 9400, Wilkes Barr, PA 18773-9400 |
| 14411002 | + | JPMorgan Chase Bank, National Association, c/o Kevin S. Frankel, Esq., 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14410761 | + | JPMorgan Chase Bank, National Association, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13849035 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13832795 | + | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 13832796 | + | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 21 2021 23:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2021 23:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 21 2021 23:18:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13923177 | + | Email/Text: megan.harper@phila.gov | Sep 21 2021 23:18:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13832788 | + | Email/Text: bankruptcy@cavps.com | Sep 21 2021 23:18:00 | Calvary Portfolio Services, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 13897048 | + | Email/Text: bankruptcy@cavps.com | Sep 21 2021 23:18:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13832790 | + | Email/Text: convergent@ebn.phinsolutions.com | Sep 21 2021 23:18:00 | Convergent Outsoucing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 13832791 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 21 2021 23:18:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 13901498 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 21 2021 23:29:28 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13949682 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 21 2021 23:19:12 | Chase Bank, N.A., Chase Mortgage Banking, 270 Park Ave, New York, NY 10017 |
| 13832789 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 21 2021 23:19:22 | Chase Mortgage, 3415 Vision Dr, Columbus, OH 43219 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 21, 2021 | Form ID: 138OBJ | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 13883469 | | Email/PDF: pa_dc_ed@navient.com | Sep 21 2021 23:29:31 | Navient Solutions, Inc. Department of Education, Loan Services, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 13847725 | + | Email/PDF: cbp@onemainfinancial.com | Sep 21 2021 23:29:28 | Onemain, 605 Munn Road, FT Mill, SC 29715-8421 |
| 13832794 | + | Email/PDF: cbp@onemainfinancial.com | Sep 21 2021 23:29:31 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 13869612 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 21 2021 23:19:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13957196 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 21 2021 23:29:28 | Portfolio Recovery Associate, LLC, PO Box 41067, Norfolk, VA 23541-1067 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 23, 2021         Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor JPMorgan Chase Bank  National Association bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Debtor Trina Graham Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor JPMorgan Chase Bank  National Association bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Trina Graham
        Debtor(s)

Case No: 16−18428−elf
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/21/21